ELLA KALWITE, Respondent, *v.* NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.

(Argued October 10, 1929; decided October 25, 1929.)

*Percy L. Housel* for appellant.
*Frank P. Nohowel* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.